## 3694. GIBSON v. THE STATE.

RUSSELL, J. Under the evidence, the defendant was guilty of assault with intent to rape, or not guilty at all, and therefore there was no error in not charging the law as to assault and battery. An assault with intent to induce consent to sexual intercourse on the part of a female child under the age of consent is not assault and battery, but assault with intent to rape, just as the completed intercourse with such a child would be rape.            *Judgment affirmed.*

DECIDED NOVEMBER 20, 1911.

Indictment for assault with intent to rape; from Floyd superior court—Judge Maddox. August 19, 1911.

*Eubanks & Mebane,* for plaintiff in error.

*John W. Bale, solicitor-general,* contra.